ORDER:

Pursuant to this stipulation of the parties, defendant shall respond to the complaint no later than May 12, 2014.

John Bryant, USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

JAMES E. SCHARKLET, )
)
    Plaintiff, )
)
v. ) No. 3:14-cv-0193
) JUDGE NIXON
) MAGISTRATE BRYANT
)
CITY OF PORTLAND, TENNESSEE ) JURY DEMAND
)
    Defendant. )

---

**SECOND JOINT STIPULATION ALLOWING DEFENDANT
ADDITIONAL TIME TO RESPOND TO COMPLAINT**

---

Plaintiff and Defendant, by and through counsel, hereby stipulate that Defendant shall be granted an extension of time, through and including Monday, May 12, 2014, to respond to the Complaint in this matter.

/s/ Aaron S. Guin
Aaron S. Guin, BPR #21200
**FARRAR & BATES, LLP**
211 Seventh Avenue North, Suite 500
Nashville, TN 37219
Tel: (615) 254-3060
Fax: (615) 254-9835
aaron.guin@farrar-bates.com
*Attorney for City of Portland, Tennessee*


/s/ Andy L. Allman
Andy L. Allman, BPR #17857
103 Bluegrass Commons Blvd.
Hendersonville, TN 37075
(615) 824-3761
andylallman@comcast.net
*Attorney for Plaintiff*

{FB285936 / TML 4675 }