ORDER:
The extension of time
per this stipulation is
granted.
John Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JAMES E. SCHARKLET, **Plaintiff,** v. CITY OF PORTLAND, TENNESSEE **Defendant.** | No. 3:14-cv-0193 JUDGE NIXON MAGISTRATE BRYANT JURY DEMAND |

## JOINT STIPULATION ALLOWING DEFENDANT ADDITIONAL TIME TO RESPOND TO COMPLAINT

Plaintiff and Defendant, by and through counsel, hereby stipulate that Defendant shall be granted an extension of time, through and including Friday, August 29, 2014, to respond to the Complaint in this matter.

/s/ Aaron S. Guin
Aaron S. Guin, BPR #21200
**FARRAR & BATES, LLP**
211 Seventh Avenue North, Suite 500
Nashville, TN 37219
Tel: (615) 254-3060
Fax: (615) 254-9835
aaron.guin@farrar-bates.com
*Attorney for City of Portland, Tennessee*


/s/ Andy L. Allman
Andy L. Allman, BPR #17857
103 Bluegrass Commons Blvd.
Hendersonville, TN 37075
(615) 824-3761
andylallman@comcast.net
*Attorney for Plaintiff*

{FB299169 / TML 4675 }